[995 NE2d 170, 972 NYS2d 208]

In the Matter of ROBERT E. ALEXANDER.

Decided August 22, 2013

### OPINION OF THE COURT

On the Court's own motion, it is determined that Honorable Robert E. Alexander is suspended, with pay, effective immediately, from the office of Justice of the Pembroke Town Court, Genesee County, pursuant to NY Constitution, article VI, § 22 and Judiciary Law § 44 (8).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.